# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3736
_____

KATHERINE AMAN,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and DEBORAH HOLZER,

    Appellees.

_____

On appeal from an order rendered by the Department of Revenue.

May 3, 2019

PER CURIAM.

    AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Katherine Aman, pro se, Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellees.

2